NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EARLENE JOHNSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2014-3076

---

Petition for review of the Merit Systems Protection Board in No. CH-1221-11-0328-W-1.

---

## ON MOTION

---

## O R D E R

Earlene Johnson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                          JOHNSON v. DVA

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s24